ACCEPTED
14-15-00519-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
11/3/2015 4:43:01 PM
CHRISTOPHER PRINE
CLERK

No. 14-15-00519-CR

_____

IN THE COURT OF APPEALS
FOR THE
FOURTEENTH SUPREME JUDICIAL DISTRICT
AT HOUSTON

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
11/3/2015 4:43:01 PM
CHRISTOPHER A. PRINE
Clerk

_____

| | | |
|---|---|---|
| JONATHAN ANTHONY SIROS | § | APPELLANT |
| V. | § | |
| STATE OF TEXAS | § | APPELLEE |

_____

## MOTION TO EXTEND TIME FOR FILING APPELLATE BRIEF

COMES NOW JONATHAN ANTHONY SIROS, Appellant in the above entitled and numbered cause and moves the court to extend the time for filing his appellate brief and in support thereof would show the court as follows:

Appellant was convicted of the felony of capital murder in cause number 1421961 in the 337th District Court of Harris County and assessed a punishment of imprisonment for life in the Correctional Division, on June 5, 2015. Appeal was perfected on June 5, 2015. Appellant's brief was due on October 30, 2015. Counsel has been unable to complete the brief because of a number of other trial and appellate matters. Counsel is requesting an extension of 30 days, until December 3, 2015.

No prior extensions have been granted.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that the foregoing motion be granted.

Respectfully submitted,


<u>/s/J. Sidney Crowley</u>
214 Morton St.
Richmond, Texas 77469
281-232-8332
jcrowl@windstream.net
TBC No. 05170200
ATTORNEY FOR APPELLANT


<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing instrument was served on the

Harris County District Attorney's Office, this the 3rd  day of November, 2015.

<u>/s/ J. Sidney Crowley</u>